**Order entered April 19, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00269-CV

### SAM W. PETTIGREW, JR., Appellant

### V.

### CEDAR SPRINGS ALEXANDRE'S BAR, L.P., Appellee

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-14-02340-A**

## ORDER

Upon review of the clerk's record, the Court has determined that the clerk's record does not include all orders necessary for the Court to determine whether it possesses jurisdiction over this appeal. Additionally, the Court notes that the January 26, 2015 plea in intervention is incorrectly shown in the index of the clerk's record as having been filed on January 26, 2016. Accordingly, the Court **ORDERS** John Warren, County Clerk for Dallas County, Texas, to file **within five (5) days** of the date of this order, a corrected clerk's record that properly indexes the January 26, 2015 plea in intervention and that includes the filings designated by the parties for inclusion in the clerk's record and the following additional orders: the June 15, 2015 nonsuit order, the October 8, 2015 severance order, and both December 8, 2015 dismissal orders.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE